IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HARRIS FARMS, LLC,[1] | ) CASE NO. 17-81562-CRJ12 |
| EIN: XX-XXX8466 | ) CHAPTER 12 |
| | ) |
| Debtor. | ) (Jointly Administered) |

## INTERIM APPLICATION OF MAPLES LAW FIRM, PC, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

### PART I. COVER SHEET

1. Name of Applicant: Maples Law Firm, PC

2. Date Application for Employment was filed: 6/15/17

3. Date of Order Authorizing Employment: 6/28/17

4. Professional Services Provided to: Debtor

5. Period for which Compensation is Sought: 6/1/17 through 12/31/17

6. Amount of Fees Sought: $42,967.50

7. Amount of Expenses Sought: $174.41

8. This is an ___X___ Interim Application _____ Final Application

9. If this is not the first application filed in this case by this professional, disclose as to all prior applications: N/A

10. The aggregate amount of compensation and expenses allowed to date per the Court's Order dated 8/8/17 [Doc. 47]: $34,374.00

11. The aggregate amount of compensation and expenses paid to date: $17,552.50

/s/Stuart M. Maples
Stuart M. Maples

MAPLES LAW FIRM, PC
200 Clinton Ave. West, Suite 1000
Huntsville, AL 35801
(256) 489-9779 – Telephone
smaples@mapleslawfirmpc.com

---

[1] In addition to Harris Farms, LLC, the debtors include the following: Harris Turf Inc.; Case No. 17-81563-CRJ12.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HARRIS FARMS, LLC,[1] | ) CASE NO. 17-81562-CRJ12 |
| EIN: XX-XXX8466 | ) CHAPTER 12 |
| | ) |
| Debtor. | ) (Jointly Administered) |

## PART II – VERIFICATION OF APPLICATION FOR COMPENSATION AND EXPENSES

The undersigned, having been duly sworn, certifies that Stuart M. Maples is the person signing and certify matters contained within the Interim Application for Compensation and Reimbursement for Expenses filed with this Court. All matters set forth in the Application for Compensation are true and correct to the best of his knowledge and belief.

/s/ Stuart M. Maples
STUART M. MAPLES
Affiant

SWORN TO AND SUBSCRIBED before me on January 31, 2018.

/s/Kristin Pickett
Notary Public
My Commission Expires: 5/19/21

---

[1] In addition to Harris Farms, LLC, the debtors include the following: Harris Turf Inc.; Case No. 17-81563-CRJ12.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HARRIS FARMS, LLC,[1] | ) CASE NO. 17-81562-CRJ12 |
| EIN: XX-XXX8466 | ) CHAPTER 12 |
| | ) |
| Debtor. | ) (Jointly Administered) |

## PART III. INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW, the Maples Law Firm, P.C. and its Attorneys (hereinafter "Applicant"), as counsel for Harris Farms, LLC, Debtor in Possession ("Debtor") and says:

I. INTRODUCTION

1. That Applicant makes this interim application for compensation and reimbursement of actual and necessary costs and expenses incurred by it in the course of its representation of the Debtor through.

2. The Chapter 12 bankruptcy petition for Debtor was filed with this Court on May 25, 2017.

3. This Court entered an order approving the employment of Stuart M. Maples and the firm of Maples Law Firm, P.C. as counsel for Debtor on June 28, 2017.

4. All services for which compensation is requested by this Applicant were performed for and on behalf of the Debtor and not on behalf of any other person.

5. The results achieved to date have required a substantial expenditure of time, energy and expertise. The Debtor has required active legal representation of the highest caliber on an on-going basis in order to serve its needs in the Chapter 12 proceeding.

---

[1] In addition to Harris Farms, LLC, the debtors include the following: Harris Turf Inc.; Case No. 17-81563-CRJ12.

6. Applicant makes this application under 11 U.S.C. § 330 and 331 of the Bankruptcy Code and seeks allowance of reasonable compensation for the professional services which it has rendered and for reimbursement of the actual necessary expenses which it has incurred in connection herewith.

7. Applicant has rendered services on behalf of Debtor as shown in Exhibit "A". Applicant, therefore, seeks an allowance of interim compensation in the amount of $42,967.50 for professional services rendered as counsel for the Debtor and the reimbursement of actual expenses incurred in the amount of $174.41 for representation from June 1, 2017, through December 31, 2017.

8. Professional services required in this matter and described in this application were performed by an attorney who possesses experience and skills in the area in which he rendered services. Attorney fees awarded pursuant to this application shall not be shared or divided except as allowed by law.

9. Applicant represents that the allowance for interim compensation and reimbursement of expenses required herein is reasonable and fully complies with § 331 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that it be allowed the sum of $42,967.50 as interim compensation for professional services rendered as attorney for the Debtor and for reimbursement of actual and necessary expenses incurred in the amount of $174.41 from June 1, 2017 through December 31, 2017, and that it be granted such further and additional relief as this Court may deem just and proper.

Dated January 31, 2018.

                                                               /s/ Stuart M. Maples
                                                               Stuart M. Maples
                                                               Counsel for Debtor

Maples Law Firm, P.C.
200 Clinton Ave. West, Suite 1000
Huntsville, AL 35801
(256) 489-9779 (telephone)
(256) 489-9720 (facsimile)
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have this date served a true and correct copy of the foregoing document upon the following either by U.S. Mailing, proper addressed, or electronic mail on January 31, 2018.

Richard Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

Harris Farms, LLC
2008 Gurley Pike
Gurley, AL 35748

All parties requesting notice through the Court's ECF system

20 Largest Creditors

            /s/ Stuart M. Maples
            Stuart M. Maples

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Page: 1
07/07/2017

Richie Harris
2008 Gurley Pike
Gurley AL 35748

Account No: 839-000M
Statement No: 110107

Chapter 12 Bankruptcy

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/2017 | DM | Draft motion to extend time to file schedules; electronic filing of same. | 130.00 | 0.50 | 65.00 |
| | DM | Draft motion to extend time to file schedules; electronic filing of same. | 130.00 | 0.50 | 65.00 |
| 06/13/2017 | DM | Review additional information for completion of schedules; revise schedules; pull UCC's from Secretary of State's office; preparation of application to employ attorney in both cases; preparation of motion to jointly administer. | 130.00 | 3.75 | 487.50 |
| 06/14/2017 | SMM | Worked on schedules | 360.00 | 2.00 | 720.00 |
| 06/15/2017 | SMM | Worked on schedules | 360.00 | 1.75 | 630.00 |
| | DM | Electronic filing of schedules, motion to employ and motion for joint administration for both cases. | 130.00 | 1.25 | 162.50 |
| 06/19/2017 | DM | Draft Notice of Rescheduled 341 meeting. | 130.00 | 0.50 | 65.00 |
| 06/20/2017 | DM | Electronic filing of Notice of Rescheduled 341 meeting; mailing of same. | 130.00 | 0.75 | 97.50 |
| 06/23/2017 | KP | Harris Farms: Draft Motion to Approve Pay Procedures | 110.00 | 0.75 | 82.50 |
| | KP | Harris Turf: Draft Motion to Approve Pay Procedures | 110.00 | 0.50 | 55.00 |
| 06/26/2017 | KP | Harris Farms: Revise Motion to Approve Pay Procedures; identify, gather and organize documents pertinent to 6/27 hearings and prepare hearing folder for same; draft order granting motion to jointly administer cases | 110.00 | 1.25 | 137.50 |
| | KP | Harris Turf: Revise Motion to Approve Pay Procedures; identify, gather and organize documents pertinent to 6/27 hearings and prepare hearing folder for same | 110.00 | 0.50 | 55.00 |
| 06/27/2017 | SMM | Attend hearings; review orders | 360.00 | 1.75 | 630.00 |
| | MEH | Hearing; Revise order | 205.00 | 1.50 | 307.50 |
| 06/28/2017 | KP | Harris Turf: Finalize order approve app to employ SMM and email same to judge for entry | 110.00 | 0.25 | 27.50 |
| | KP | Harris Farms: Finalize order approve app to employ SMM and order granting motion to jointly administer cases; email same to | | | |

Exhibit A

Richie Harris  
Page: 2  
07/07/2017  
Account No: 839-000M  
Statement No: 110107  

Chapter 12 Bankruptcy

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | judge for entry | 110.00 | 0.50 | 55.00 |
| | SMM | Worked on pay procedures motions | 360.00 | 0.75 | 270.00 |
| 06/29/2017 | KP | Draft Notice of Joint Administration of Cases per Order Granting same; efile and serve same to all creditors; meet with SMM re filing deadline; draft proposed order setting bar date and deadline to file chapter 12 plan | 110.00 | 2.50 | 275.00 |
| | SMM | Worked on scheduling order and Proof of Claim bar date | 360.00 | 0.50 | 180.00 |
| 06/30/2017 | KP | Harris Farms: Email proposed Order Setting Bar Date and Deadline to File Plan to R. Blythe and M. Hancock for review and approval | 110.00 | 0.25 | 27.50 |
| | KP | Harris Turf: Draft Order Setting Bar Date and Deadline to File Plan; email same to R. Blythe and M. Hancock for review and approval | 110.00 | 0.50 | 55.00 |
| | | For Current Services Rendered | | 22.50 | 4,450.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 06/14/2017 | UCC Copies from Secretary of State | 96.50 |
| 06/15/2017 | Postage - Motion to Appoint Attorney | 13.80 |
| 06/29/2017 | Postage - Mail out of Order Granting Joint Administration of Cases | 17.86 |
| | Total Expenses | 128.16 |
| | Total Current Work | 4,578.16 |

Exhibit A

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Richie Harris
2008 Gurley Pike
Gurley AL 35748

Page: 1
08/08/2017
Account No: 839-000M
Statement No: 110336

Chapter 12 Bankruptcy

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/05/2017 | KP | Harris Farms - Receive and review emails from R. Blythe and W. Hancock re approval and revisions to Order Setting Bar Date; revise and finalize Order; email same to judge for entry; draft certificate of mailing of signed Order; finalize and efile same | 110.00 | 0.75 | 82.50 |
| | KP | Harris Turf - Receive and review emails from R. Blythe and W. Hancock re approval and revisions to Order Setting Bar Date; revise and finalize Order; email same to judge for entry; draft certificate of mailing of signed Order; finalize and efile same | 110.00 | 0.75 | 82.50 |
| 07/06/2017 | KP | Harris Farms - Serve/mail all creditors on matrix with signed Order Setting Bar Date pursuant to order | 110.00 | 0.50 | 55.00 |
| | KP | Harris Turf - Serve/mail all creditors on matrix with signed Order Setting Bar Date pursuant to order | 110.00 | 0.25 | 27.50 |
| 07/17/2017 | SMM | Review procedures motion | 360.00 | 0.25 | 90.00 |
| 07/18/2017 | KP | Harris Farms - Finalize Motion to Approve Procedures for Interim Compensation of Professionals and efile same | 110.00 | 0.25 | 27.50 |
| | KP | Harris Turf - Finalize Motion to Approve Procedures for Interim Compensation of Professionals and efile same | 110.00 | 0.25 | 27.50 |
| 07/20/2017 | KP | Harris Farms - Draft Chapter 12 Plan | 110.00 | 3.00 | 330.00 |
| | SMM | Worked on inspection on inventory in storage | 360.00 | 0.75 | 270.00 |
| | SMM | Worked on Plan | 360.00 | 4.00 | 1,440.00 |
| 07/21/2017 | KP | Con't working on Chapter 12 Plan; prepare Liquidation Analysis; draft Summary of Chapter 12 Plan | 110.00 | 2.25 | 247.50 |
| 07/28/2017 | KP | tc from Dot re Farm Credit Services and debtor's plan to provide for secured collateral | 110.00 | 0.25 | 27.50 |
| 07/31/2017 | KP | Prepare Claims Analysis | 110.00 | 1.00 | 110.00 |
| | | For Current Services Rendered | | 14.25 | 2,817.50 |

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 07/06/2017 | Postage - Mailout of Order Setting Bar Date and Deadline to File Proof of Claim in Harris Farms and Harris Turf Cases | 20.24 |

Exhibit A

Richie Harris

Chapter 12 Bankruptcy

Page: 2  
08/08/2017  
Account No: 839-000M  
Statement No: 110336

| | |
|---|---:|
| Total Expenses | 20.24 |
| Total Current Work | 2,837.74 |

**PAYMENT DUE UPON RECEIPT**

Exhibit A

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Richie Harris
2008 Gurley Pike
Gurley AL 35748

Page: 1
09/01/2017
Account No: 839-000M
Statement No: 110562

Chapter 12 Bankruptcy

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/31/2017 | SMM | Telephone call to Richie regarding Bowden | 360.00 | 0.25 | 90.00 |
| 08/01/2017 | SMM | Meeting with client and Dr. Bowden | 360.00 | 1.00 | 360.00 |
| 08/03/2017 | KP | Identify, gather, and organize materials pertinent to 8/7 hearing and prepare hearing folder for same | 110.00 | 0.25 | 27.50 |
| 08/07/2017 | SMM | Attend hearing on procedures motion | 360.00 | 0.75 | 270.00 |
|  | SMM | Telephone conference with client regarding appraisal | 360.00 | 0.25 | 90.00 |
| 08/08/2017 | KP | Draft proposed Order Approving Motion to Approve Procedure for Compensation of Professional; finalize and email same to Judge for entry | 110.00 | 0.50 | 55.00 |
| 08/09/2017 | KP | Revise Chapter 12 Plan, Plan Summary, Liquidation Analysis and Claims Summary | 110.00 | 0.50 | 55.00 |
| 08/16/2017 | KP | Revise Chap. 12 Plan, Ch. 12 Summary, Liquidation Analysis and Claims Analysis, meet w/ SMM re same | 110.00 | 2.25 | 247.50 |
|  | SMM | Worked on Plan | 360.00 | 4.50 | 1,620.00 |
| 08/21/2017 | SMM | Worked on Plan | 360.00 | 5.00 | 1,800.00 |
|  | KP | Finale revisions to Ch. 12 Plan and Summary, draft Debtors' Statement; finalize and efile same | 110.00 | 2.50 | 275.00 |
| 08/22/2017 | KP | Mail out of Chapter 12 Plan, Plan Summary and Debtors' Statement to all creditors | 110.00 | 0.75 | 82.50 |
| 08/24/2017 | KP | Identify, gather, and organize materials pertinent to 8/25 hearing and prepare hearing folder for same | 110.00 | 0.25 | 27.50 |
| 08/25/2017 | SMM | Attend 341 meeting; meeting with client | 360.00 | 1.25 | 450.00 |
| 08/28/2017 | DM | Draft application to employ appraiser and affidavit of appraiser; revise; send affidavit for appraiser's signature; preparation of application for compensation; email same to appraiser for review. | 130.00 | 1.75 | 227.50 |
| 08/30/2017 | DM | Electronic filing of Application to Employ Appraiser and Fee Application of Appraiser. | 130.00 | 0.75 | 97.50 |

Exhibit A

Richie Harris

Chapter 12 Bankruptcy

Page: 2
09/01/2017
Account No: 839-000M
Statement No: 110562

|  | Rate | Hours |  |
|---|---|---|---|
| For Current Services Rendered |  | 22.50 | 5,775.00 |
| Total Current Work |  |  | 5,775.00 |

Exhibit A

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Richie Harris
2008 Gurley Pike
Gurley AL 35748

Page: 1
10/03/2017
Account No: 839-000M
Statement No: 110676

Chapter 12 Bankruptcy

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/06/2017 | DM | Preparation of monthly fee notice | 130.00 | 0.25 | 32.50 |
| 09/07/2017 | DM | Electronic and mailing of September monthly fee notice. | 130.00 | 0.50 | 65.00 |
| 09/13/2017 | SMM | Worked on confirmation issues | 360.00 | 2.50 | 900.00 |
| 09/18/2017 | SMM | Review appraisal; worked on Plan | 360.00 | 2.25 | 810.00 |
| | SMM | Worked on Order approving employment and compensation of appraiser | 360.00 | 0.50 | 180.00 |
| 09/19/2017 | KP | Identify, gather, and organize materials pertinent to 9/20 hearing and prepare hearing folder for same; work on Amended Chapter 12 Plan, Claims Analysis and Liquidation Analysis | 110.00 | 3.25 | 357.50 |
| | SMM | Worked on Plan | 360.00 | 3.75 | 1,350.00 |
| 09/20/2017 | KP | Con't working on Amended Chapter 12 Plan, Claims Analysis and Liquidation Analysis | 110.00 | 4.00 | 440.00 |
| | KP | Draft proposed order approving Application to Employ Appraiser, draft proposed order approving Application for Compensation of Appraiser; draft proposed order continuing Confirmation Hearing | 110.00 | 1.00 | 110.00 |
| | MEH | Attend motion docket | 205.00 | 0.75 | 153.75 |
| | SMM | Worked on Plan; attend hearing | 360.00 | 0.50 | 180.00 |
| 09/26/2017 | KP | Work on amended chapter 12 plan, plan summary, liquidation analysis and claims analysis; finalize and efile same | 110.00 | 3.75 | 412.50 |
| | | For Current Services Rendered | | 23.00 | 4,991.25 |

## Expenses

| | | | |
|---|---|---|---|
| 09/07/2017 | Postage - Monthly Fee Notices | | 3.22 |
| | Total Expenses | | 3.22 |
| | Total Current Work | | 4,994.47 |

Exhibit A

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama  35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Page: 1
11/03/2017

Richie Harris
2008 Gurley Pike
Gurley  AL  35748

Account No:  839-000M
Statement No:  110743

Chapter 12 Bankruptcy

Fees

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/05/2017 | DM | Generate and mail monthly fee notice. | 130.00 | 0.75 | 97.50 |
| 10/12/2017 | SMM | Prepare for status conference; dial in conference | 360.00 | 1.00 | 360.00 |
| | SMM | Telephone call from Matt Hancock regarding appraisal | 360.00 | 0.25 | 90.00 |
| 10/13/2017 | SMM | Worked on appraisal issues | 360.00 | 3.00 | 1,080.00 |
| | SMM | Telephone call from accountant regarding tax issues | 360.00 | 0.50 | 180.00 |
| 10/16/2017 | SMM | Worked on appraisal issues | 360.00 | 1.50 | 540.00 |
| | SMM | Worked on Trustee objection | 360.00 | 1.50 | 540.00 |
| 10/18/2017 | DSS | Meet with SMM; review proofs of claim and mortgages | 225.00 | 0.25 | 56.25 |
| 10/19/2017 | DSS | Research priority of crop lien issues | 225.00 | 2.50 | 562.50 |
| 10/20/2017 | DSS | Research and review bankruptcy file and proof of claims | 225.00 | 4.50 | 1,012.50 |
| 10/23/2017 | DSS | Meet with SMM; research priority issues | 225.00 | 2.00 | 450.00 |
| 10/24/2017 | DSS | Research payment of income/wages to farmer | 225.00 | 1.00 | 225.00 |
| 10/25/2017 | DSS | Research | 225.00 | 3.75 | 843.75 |
| 10/26/2017 | DSS | Research farmer's income under Chapter 12 Plan | 225.00 | 2.50 | 562.50 |
| 10/27/2017 | MEH | Objection to Creditor's Motion for Adequate Protection | 205.00 | 0.75 | 153.75 |
| | DSS | Research; email SMM | 225.00 | 3.50 | 787.50 |
| | KP | Draft Objection to Motion for Motion for Adequate Protection filed by Citizens United; identify, gather and label supporting exhibits; finalize and efile Motion; identify, gather and organize documents pertinent to 10/30 hearing and prepare folder for same | 110.00 | 2.00 | 220.00 |
| 10/30/2017 | DSS | Research Chapter 12 adjustment of debts and meet with SMM | 225.00 | 2.25 | 506.25 |
| | SMM | Attend hearings | 360.00 | 1.25 | 450.00 |
| 10/31/2017 | DSS | Research disposable income and email SMM | 225.00 | 1.50 | 337.50 |
| | KP | Proofread and edit Objections to POC 9 & 10; relevant case law research | 110.00 | 0.75 | 82.50 |

Exhibit A

Richie Harris

Chapter 12 Bankruptcy

Page: 2
11/03/2017
Account No: 839-000M
Statement No: 110743

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| For Current Services Rendered |  |  | 37.00 | 9,137.50 |

### Expenses

| 10/05/2017 | Postage - Monthly Fee Notice | 3.22 |
|---|---|---|
| 10/27/2017 | On line research - UCC Record | 16.35 |
|  | Total Expenses | 19.57 |
|  | Total Current Work | 9,157.07 |

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama  35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Page: 1

Richie Harris
2008 Gurley Pike
Gurley AL  35748

12/05/2017
Account No:  839-000M
Statement No:  110798

Chapter 12 Bankruptcy

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 10/30/2017 | MEH | Drafted Obj. to POCs from Upfront and Citizens | 205.00 | 3.00 | 615.00 |
| 11/01/2017 | SMM | Worked on agricultural lien research | 360.00 | 1.00 | 360.00 |
| | MEH | Research on perfection of agricultural liens; review of law with SMM | 205.00 | 3.25 | 666.25 |
| 11/02/2017 | MEH | Additional research on role of agricultural liens in Alabama | 205.00 | 1.75 | 358.75 |
| 11/06/2017 | SMM | Worked on valuation issues on farm | 360.00 | 1.00 | 360.00 |
| | DM | Generate and mail monthly fee notice | 130.00 | 0.50 | 65.00 |
| | KP | Finalize Objections to POC 9 & 10 of Citizens Bank; identify, gather and label supporting exhibits and same; finalize Objection to POC 13 of Upfront Holdings; identify gather and label supporting exhibits and efile same; email exchange with MEH re amended POC 9 of Citizens Bank | 110.00 | 1.25 | 137.50 |
| | MEH | Revised Citizens POC to apply only to POC 10; discussion with SMM | 205.00 | 1.25 | 256.25 |
| 11/07/2017 | MEH | Revised Citizens POC 9 re: ag lien argument; conf. with SMM; t/c to Chad Ayres re: perfection of ag liens; t/c to Ala. Sec. of State re: ag liens | 205.00 | 1.00 | 205.00 |
| 11/09/2017 | SMM | Review appraisals on sod farm and preparation for hearing | 360.00 | 5.00 | 1,800.00 |
| 11/13/2017 | SMM | Prepare for confirmation hearing | 360.00 | 4.50 | 1,620.00 |
| | SMM | Conference call regarding valuation | 360.00 | 0.50 | 180.00 |
| | KP | Meet with SMM; prep for Confirmation Hearing; case law research, draft Reply to Response of Citizens to Objections to Claims; identify, gather and organize pleadings pertinent to 11/14 hearing | 110.00 | 5.75 | 632.50 |
| 1/14/2017 | SMM | Attend confirmation hearing; worked on amended plan | 360.00 | 2.25 | 810.00 |
| | KP | Case law research re confirmation of plan issues; amend Chapter 12 Plan; email exchange with creditors re Harris' living expenses | 110.00 | 6.25 | 687.50 |
| 1/15/2017 | SMM | Coordinate depositions | 360.00 | 0.50 | 180.00 |
| | KP | Meet with SMM; draft Notice of Deposition so Wright and Pettey; email exchange with Aryes and Hancock re coordination of appraiser depos; case law research re confirmation of plan issues; email exchange with L. Stephens re depo availability; revise | | | |

Exhibit A

Page: 2
12/05/2017
Account No: 839-000M
Statement No: 110798

Richie Harris

Chapter 12 Bankruptcy

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Chapter 12 Plan; con't drafting Reply to Response of Citizens to Objections to Claims | 110.00 | 6.00 | 660.00 |
| 11/16/2017 | KP | Plan revisions; draft Second Application for Compensation of Stephens Appraisal Service; email exchange with Hancock re Wright depo availability | 110.00 | 1.25 | 137.50 |
| 11/17/2017 | SMM | Research disposable income test for Chapter 12 | 360.00 | 3.25 | 1,170.00 |
| | MEH | Researched interest rates and disposable income | 205.00 | 0.50 | 102.50 |
| 11/20/2017 | KP | Review, revise and organize exhibits in support of 2nd Amended Ch. 12 Plan | 110.00 | 0.50 | 55.00 |
| | SMM | Worked on Plan | 360.00 | 2.00 | 720.00 |
| 11/21/2017 | KP | Meet with SMM; Add'l revisions to Amended Plan, Revise Plan Summary; finalize and efile same; email to L. Stephens re App for Compensation | 110.00 | 2.25 | 247.50 |
| | SMM | Worked on Plan Amendment | 360.00 | 3.25 | 1,170.00 |
| 11/22/2017 | KP | Mail out of 2nd Amended Plan to all creditors | 110.00 | 0.50 | 55.00 |
| 11/27/2017 | KP | Receive and review email from L. Stephens re executed affidavit; finalize 2nd Application for Compensation of Stephens Appraisal and efile same | 110.00 | 0.25 | 27.50 |
| 11/28/2017 | KP | Email exchange with C. Ayres re depos; email to L. Stephens re same; revise depo notices of R. Pettey and S. Wright; serve notices of depos to counsel of record; obtain court reporter | 110.00 | 1.00 | 110.00 |
| | | For Current Services Rendered | | 59.50 | 13,388.75 |

### Expenses

| | | | | | |
|---|---|---|---|---|---|
| 11/06/2017 | | Postage - Monthly Fee Notice | | | 3.22 |
| | | Total Expenses | | | 3.22 |
| | | Total Current Work | | | 13,391.97 |

Exhibit A

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Richie Harris
2008 Gurley Pike
Gurley AL 35748

Page: 1
01/09/2018
Account No: 839-000M
Statement No: 110928

Chapter 12 Bankruptcy

Fees

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/2017 | DM | Prepare monthly fee notice; mail same | 130.00 | 0.50 | 65.00 |
| 12/08/2017 | KP | Email exchange with C. Ayres re R. Pettey deposition | 110.00 | 0.25 | 27.50 |
| 12/12/2017 | SMM | work on depos | 360.00 | 0.50 | 180.00 |
| 12/15/2017 | SMM | work on appraiser depositions | 360.00 | 2.50 | 900.00 |
| 12/18/2017 | KP | Summarize Pettey & Wright property appraisals | 110.00 | 2.00 | 220.00 |
| | KP | Draft Order Approving Second Application for Compensation by Stephens Appraisal; draft ltr to Litow re Iowa litigation | 110.00 | 0.75 | 82.50 |
| | KM | Email exchange with M. Hancock, C. Ayres, and SMM regarding coordinating new dates for expert depositions and R. Harris deposition | 55.00 | 0.50 | 27.50 |
| | SMM | appear at motion to approve compensation for appraiser | 360.00 | 1.00 | 360.00 |
| 12/19/2017 | KP | Finalize Order Approving Second Application for Compensation by Stephens Appraisal and email same to Judge for entry; p/c to clt re Iowa litigation; email exchange with Hancock and Ayres re rescheduled depos of Pettey and Wright; draft re-notice of deposition of Pettey and serve same; obtain court report | 110.00 | 1.00 | 110.00 |
| | SMM | work on order | 360.00 | 0.25 | 90.00 |
| 12/20/2017 | KP | Email exchange with Hancock and Ayres re rescheduled depo Wright; draft re-notice of deposition of Wright and serve same; obtain court report | 110.00 | 0.75 | 82.50 |
| 12/22/2017 | KP | Email exchange with SMM, Ayres and Hancock; cancel court reporter | 110.00 | 0.25 | 27.50 |
| 12/27/2017 | KP | Email exchange with SMM, Ayres and Hancock re rescheduling Pettey depo; obtain and confirm court report; tc to clt re confirmation of 1/4/18 deposition | 110.00 | 0.50 | 55.00 |
| | | For Current Services Rendered | | 10.75 | 2,227.50 |
| | | Total Current Work | | | 2,227.50 |

Exhibit A