IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HARRIS FARMS, LLC,[1] | ) | CASE NO. 17-81562-CRJ12 |
| EIN: XX-XXX8466 | ) | CHAPTER 12 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

## CHAPTER 12 PLAN SUMMARY

I. **ADMINISTRATIVE CREDITOR(S) PAYMENTS**

    A.    Creditor: United States Bankruptcy Court for noticing fees & other charges
Amount Owed: estimated to be under $100.00
Interest Rate: None
Payments: Debtor shall tender cash payment in full upon entry of Confirmation Order.
Amount of payment: estimated to be under $100.00
Payment made by: Trustee ( ) Debtor Direct (X)

    B.    Creditor's Name: Tazewell T. Shepard, Chapter 12 Trustee
Amount Owed: estimated to be $20,000.00
Interest Rate: 5% for Compensation; 0.5% for Expenses
Payments: Trustee shall deduct such from payment from Plan deposits as earned.
Payment made by: Trustee (X) Debtor Direct ( )

    C.    Creditor's Name: Maples Law Firm, PC
Amount Owed: estimated to be $27,500.00 at confirmation; must be approved by the United States Bankruptcy Court.
Interest Rate: None
Payments: Debtor shall tender cash payment in full upon entry of Confirmation Order.
Payment made by: Trustee (X) Debtor Direct ( )

II. **FARMS PRIORITY CREDITOR(S)**

    A.    Madison County Tax Collector: Unpaid Property Tax
Amount owed: $180.23
Lien: None
Interest Rate: None
Payment: Debtor shall tender cash payment 30 days after confirmation of the Plan.
Payment made by: Trustee (X) Debtor Direct ( )

---

[1] In addition to Harris Farms, LLC, the debtors include the following: Harris Turf Inc.; Case No. 17-81563-CRJ12.

1

**III.   TURF PRIORITY CREDITOR(S)**

A.   Internal Revenue Service:  Unpaid Property Tax
Amount owed:  Approximately $15,016.53
Lien:  None
Interest Rate:  None
Payment:  Debtor shall tender cash payments over sixty (60) months from the date of confirmation, with no interest, until claim is paid in full.  The estimated payment will be $250.28 per month.  However, Turf intends to object to the claim of the IRS.
Payment made by:  Trustee (X)  Debtor Direct ( )

B.   Madison County Tax Collector:  Unpaid Income Tax
Amount owed:  Approximately $882.04
Lien:  None
Interest Rate:  None
Payment:  Debtor shall tender cash payment 30 days after confirmation of the Plan.
Payment made by:  Trustee (X)  Debtor Direct ( )

**IV.   FARMS SECURED CREDITOR(S)**

A.   Creditor:  Kubota Credit Corporation
Amount Owed:  $51,495.06
Lien:  Security Interest, one (1) Kubota M7060HD 63496, and one (1) Land Pride AMF4216 1073733
Interest Rate:  5.25% per annum fixed rate
Payment:  The Debtor will pay Kubota its allowed claim over the course of sixty (60) months.  Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Kubota is paid in full.  Kubota shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements.  The estimated payment shall be $977.68 per month.  The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by:  Trustee (X)  Debtor Direct ( )

B.   Creditor:  AGCO Finance LLC
Amount Owed:  $29,000.00
Lien: Security Interest: one (1) Sunflower 6631-27 Vertical Tillage S6631OEZVRT165
Interest Rate:  4.99% per annum fixed rate
The Debtor will pay AGCO its allowed claim over the course of sixty (60) months.  Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to AGCO is paid in full.  AGCO shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements.  The estimated payment shall be $547.13 per month.  The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by:  Trustee (X)  Debtor Direct ( )

C.  Creditor: Citizens Community Bank
Amount Owed: $277,719.61
Lien: Security Interest, all crops growing, grown and/or stored and the proceeds of the sale thereof.
Interest Rate: 5.25% per annum fixed rate
Payment: The Debtor will pay Citizens Community Bank its allowed claim over the course of two hundred and forty (240) months, in monthly installments. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Citizens Community Bank is paid in full. Citizens Community Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be $1,871.40 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by: Trustee (X) Debtor Direct ( )

D.  Creditor: Citizens Community Bank
Amount Owed: $102,842.16
Lien: Security Interest, growing sod on farm located in District 3 of Madison County, Alabama, and all equipment and the proceeds of the sale thereof.
Interest Rate: 5.25% per annum fixed rate
Payment: The Debtor will pay Citizens Community Bank its allowed claim over the course of two hundred and forty (240) months, in monthly installments. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Citizens Community Bank is paid in full. Citizens Community Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be $693.00 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by: Trustee (X) Debtor Direct ( )

E.  Creditor: First Jackson Bank
Amount Owed: $51,561.71
Lien: Security Interest, one (1) 2010 John Deere Bush Hog, Model CX15, Serial CX15FO7990; one (1) 1998 Case IH Combine, Model 2188, Serial 185197; one (1) 2006 Case IH Header, Model 1020, Serial 258004; one (1) 2007 Case IH Header, Model 1083, Serial C06000BN; one (1) 2004 Case IH Disk, Model 3950, Serial JAG0753620; and the proceeds from the sale of all of the above.
Interest Rate: 5.25% per annum fixed rate
Payment: The Debtor will pay First Jackson Bank its allowed secured claim over the course of sixty (60) months. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to First Jackson Bank is paid in full. First Jackson Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be $978.95 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by: Trustee (X) Debtor Direct ( )

3

F.  Creditor:  Farm Credit Services of America
Amount Owed:  $8,213.25
Lien:  Security Interest, one (1) Case IH L790 Loader and Attachments YBWLV4016.
Interest Rate:  5.25% per annum fixed rate
Payment:  The Debtor will pay Farm Credit Services of America its allowed secured claim over the course of sixty (60) months.  Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Farm Credit Services of America is paid in full.  Farm Credit Services of America shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements.  The estimated payment shall be $151.22 per month.  The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by:  Trustee (X)  Debtor Direct (  )

G.  Creditor:  Darrin J. Isbell
Amount Owed:  $850,000.00
Lien:  Security Interest, real property located in Madison County more particularly described as Section 26, Township 3 South, Range 2 East; and all irrigation equipment, parts, watering systems and their replacements.
Interest Rate:  6.5% per annum fixed rate
Payment:  The Debtor will pay Darrin J. Isbell his Allowed Secured Claim over the course of two hundred and forty (240) months.  Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Darrin J. Isbell is paid in full.  Darrin J. Isbell shall retain his lien upon this collateral until his Allowed Secured Claim is paid in full at which time the Debtor may file the appropriate termination statements and mortgage releases.  If fully secured, the Allowed Secured Claim has an estimated payment of $6,337.37 per month.  The Creditor shall retain its lien to the extent of its allowed secured claim.

Both Farms and Turf are jointly and severally liable for this debt, and payment is provided for by both Debtors.  However, Farms, as the operating entity, is anticipated to make these payments.  Notwithstanding anything contained in this Plan, Farms and Turf shall not be obligated to duplicate the payment of the Allowed Secured Claim of this creditor.
Payment made by:  Trustee (X)  Debtor Direct (  )

4

H. Creditor: FNB Bank
Amount Owed: $179,726.52
Lien: Security Interest, one (1) 2011 Valley Center Pivot, Serial 10908672; one (1) 2004 John Deere 6700 Spray Rig Serial N06700X010076; one (1) John Deere CX15 Brush Hog, Serial CX15FO7990; one (1) Case IH 1020 Header, Serial 258004; 1999 Valley Center Pivot, Serial 10018142; one (1) 2011 Unverferth Ripper 130, Serial A51130585; one (1) Case IH Planter, Serial YAS008548; one (1) 2007 Case IH Header, Model 1083, Serial C06000BN; one (1) 2000 Wilson Hopper Trailer, VIN 1W1MCF1AOYA230930; one (1) 2007 John Deere Skid Steer CT332, VIN TO332TA127040; one (1) 2003 John Deere 6615 w/ Loader, Serial B393172; one (1) 2010 Athens Disk, Serial K10366; one (1) 2010 Case IH Planter, Serial YAS008548; and one (1) A & L Grain Cart, Serial 163474.
Interest Rate: 5.25% per annum fixed rate
Payment: The Debtor will pay FNB Bank its allowed secured claim over the course of sixty (60) months. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to FNB Bank is paid in full. FNB Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be $3,412.28 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by: Trustee (X) Debtor Direct ( )

I. Creditor: FNB Bank
Amount Owed: $44,934.65
Lien: Security Interest, one (1) 1989 Case IH 2188 Combine, Serial 195779; one (1) Cashe IH Soybean Header, Serial 330558; one (1) 2011 Valley Center Pivot, Serial 10908672, 1999 Valley Center Pivot, Serial 10018142; one (1) 2011 Unverferth Ripper 130, Serial A51130585; and one (1) Chevy Silverado VIN 2GCEK13V971136168.
Interest Rate: 5.25% per annum fixed rate
Payment: The Debtor will pay FNB Bank its allowed secured claim over the course of sixty (60) months. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to FNB Bank is paid in full. FNB Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be $853.13 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.
Payment made by: Trustee (X) Debtor Direct ( )

J.  Creditor:  Upfront Holdings
Amount Owed:  $100,970.00
Lien:  Security Interest, a second (2nd) position security interest (subject to the 1st lien position granted to Lender by Borrower) in one (1) 1975 Allis Chalmers Tractor, Serial 70802371; one (1)Case IH Disk, Model 3950, Serial DA3950392; one (1) 2010 John Deere CX15 Bush Hog, Serial CX15FO79902004; one (1) 2007 John Deere Skid Steer CT332, VIN TO332TA127040; one (1) 1998 Case IH Combine, Model 2188, Serial 185197; one (1) 2006 Case IH, Model 1020 Header, Serial 258004; one (1) 2004 Case IH Header, Model 1083, Serial 823DJ1; one (1) 2010 Hurricane Ditcher HC26, Serial 5187; one (1) 2001 Kuhn Tiller HR 3001, Serial A204; one (1) 1999 Rhino Blade 950, Serial 12705; one (1) 2012 John Deere Gator 8251, Serial 028624; one (1) 1998 Tufline Landscape Box, Serial 10496; one (1) 2005 Ford F450 Truck; one (1) 1991 Chevrolet 2500 Truck; one (1) 2007 Chevrolet Silverado Truck; one (1) Freightliner Truck FLD120; one (1) 2000 Wilson Hopper Trailer; and one (1) Belshe Trailer DT22 2EP—a third (3rd) position mortgage security interest in real property known as 138 Autumn Spring Drive, Gurley, AL 35748—a second (2nd) lien position on all crops planted and to be harvested.
Interest Rate:  5.25% per annum fixed rate
Payment:  The Debtor will Pay Upfront Holdings its allowed secured claim over the course of sixty (60) months.  Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Upfront Holdings is paid in full.  Upfront Holdings shall retain its lien upon this collateral until its Allowed Secured Claim is paid in full at which time the Debtor may file the appropriate termination statements.  The estimated payment shall be $1,917.01 per month.
Payment made by:  Trustee (X)  Debtor Direct ( )

K.  Creditor:  Madison County Cooperative, Inc.
Amount Owed:  $175,000.00
Lien:  real property located in Madison County more particularly described as Section 26, Township 3 South, Range 2 East.
Interest Rate:  5.25% per annum fixed rate
Payment:  The Debtor will pay Madison County Coop its Allowed Secured Claim over the course of two hundred and forty (240) months.  Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to the Madison County Coop is paid in full.  Madison County Coop shall retain its lien upon this collateral until its Allowed Secured Claim is paid in full at which time the Debtor may file the appropriate termination statements and mortgage releases.  The Allowed Secured Claim has an estimated payment of $1,179.23 per month.  The Creditor shall retain its lien to the extent of its allowed secured claim.

Both Farms and Turf are jointly and severally liable for this debt, and payment is provided for by both Debtors.  However, Farms, as the operating entity, is anticipated to make these payments.  Notwithstanding anything contained in this Plan, Farms and Turf shall not be obligated to duplicate the payment of the Allowed Secured Claim of this creditor.
Payment made by:  Trustee (X)  Debtor Direct ( )

6

Case 17-81562-CRJ12    Doc 213    Filed 03/05/18    Entered 03/05/18 15:33:40    Desc
Main Document      Page 6 of 8

## V. TURF SECURED CREDITOR(S)

A. Creditor: Darrin J. Isbell
Amount Owed: $850,000.00
Lien: Security Interest, real property located in Madison County more particularly described as Section 26, Township 3 South, Range 2 East; and all irrigation equipment, parts, watering systems and their replacements.
Interest Rate: 6.5% per annum fixed rate
Payment: The Debtor will pay Darrin J. Isbell his Allowed Secured Claim over the course of two hundred and forty (240) months. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Darrin J. Isbell is paid in full. Darrin J. Isbell shall retain his lien upon this collateral until his Allowed Secured Claim is paid in full at which time the Debtor may file the appropriate termination statements and mortgage releases. If fully secured, the Allowed Secured Claim has an estimated payment of $6,337.37 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.

Both Farms and Turf are jointly and severally liable for this debt, and payment is provided for by both Debtors. However, Farms, as the operating entity, is anticipated to make these payments. Notwithstanding anything contained in this Plan, Farms and Turf shall not be obligated to duplicate the payment of the Allowed Secured Claim of this creditor.
Payment made by: Trustee (X) Debtor Direct ( )

B. Creditor: Madison County Cooperative, Inc.
Amount Owed: $175,000.00
Lien: real property located in Madison County more particularly described as Section 26, Township 3 South, Range 2 East.
Interest Rate: 5.25% per annum fixed rate
Payment: The Debtor will pay Madison County Coop its Allowed Secured Claim over the course of two hundred and forty (240) months. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to the Madison County Coop is paid in full. Madison County Coop shall retain its lien upon this collateral until its Allowed Secured Claim is paid in full at which time the Debtor may file the appropriate termination statements and mortgage releases. The Allowed Secured Claim has an estimated payment of $1,179.23 per month. The Creditor shall retain its lien to the extent of its allowed secured claim.

Both Farms and Turf are jointly and severally liable for this debt, and payment is provided for by both Debtors. However, Farms, as the operating entity, is anticipated to make these payments. Notwithstanding anything contained in this Plan, Farms and Turf shall not be obligated to duplicate the payment of the Allowed Secured Claim of this creditor.
Payment made by: Trustee (X) Debtor Direct ( )

## VI. UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1222(b)(2), the Debtors elect to modify the rights of the holder of unsecured claims as follows:

A. <u>Unsecured Claims of Farms.</u> This class consists of any pre-petition unsecured claims concerning Farms' farming operation. They include claims of every kind and nature including claims arising from the rejection of executory contracts, unexpired lease claims, deficiencies on secured claims, contract damage claims or open account claims and damages arising from or related to any liquidated or contingent claim. It also includes any debt which is filed as a secured claim but, which is allowed as an unsecured claim by the Bankruptcy. The Debtor anticipates that this sum will be approximately $306,090.81.

B. <u>Unsecured Claims of Turf.</u> This class consists of any pre-petition unsecured claims concerning any debt which is filed as a secured claim but, which is allowed as an unsecured claim by the Bankruptcy. The Debtor anticipates that this sum will be approximately $152,078.88. Turf is a passive entity, and therefore has no expectation of future income. The secured portions of the claims will be secured and the Allowed Unsecured Claim will receive $0. The Debtor notes, however, that the unsecured claims in Turf are Isbell and the Coop, which also have the same unsecured claims in Farms, and will receive distributions there.

## VII. ASSUMPTION OF CONTRACTS

<u>Executory Contracts and Unexpired Leases.</u> Debtors propose to assume all executory contracts and unexpired leases not previously rejected.