# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: Harris Farms, LLC )  Case No.: 17-81562-CRJ-12
     EIN: xx-xxx8466 )
                                          )
     Debtor. )  Chapter 12

## MOTION FOR APPROVAL
## FOR PAYMENT OF FIRST INTERIM PROFESSIONAL FEES

    COMES NOW the duly appointed and acting Trustee in the above styled Chapter 7 case, and shows the Court as follows:

    1. This Court previously approved an application by the Trustee to employ Sparkman, Shepard & Morris, P.C. as an attorney.

    2. The said professional employed by the Trustee has now submitted an interim bill for services rendered and is providing a summary of the allocation of fees and expenses in each case, which are collectively attached hereto as Exhibit "A." The total amount requested as payment is $14,602.75 consisting of $14,359.50 in compensation for legal services rendered and $243.25 in expenses incurred. The attorney has not made previous application for payment in this case.

    3. In <u>Norman v. Housing Authority of City of Montgomery</u>, 836 F.2d 1292, 1303 (1988), the Eleventh Circuit declared that counsel bears the burden in the first instance of supplying the court with specific and detailed evidence from which the court can determine the reasonable hourly rate. A well-prepared fee petition also includes a summary in which time entries are grouped by the nature of the activity or stage of the case. The applicant has provided the court with the required summary for all services to be compensated and all expenses to be reimbursed.

    4. No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

    5. This application is brought under the provisions of Sections 327, 328 and 330 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

    WHEREFORE, the Trustee requests that the Court:

    1. Enter an Order approving such compensation and expenses and authorizing the Trustee to pay same; and

    2. Grant other and further relief as the Court deems just and proper.

Respectfully submitted this 27th day of September, 2018.

    */s/ Tazewell T. Shepard*
    Tazewell T. Shepard
    *Trustee in Chapter 12 Bankruptcy*

    **SPARKMAN, SHEPARD & MORRIS, P.C.**
    P. O. Box 19045
    Huntsville, AL 35804
    Tel: (256) 512-9924
    Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of September, 2018, served the foregoing document upon those parties as found on the Clerk's Certified Matrix and upon Richard M. Blythe, Esq., Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage prepaid.

    */s/ Tazewell T. Shepard*
    Tazewell T. Shepard