IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HARRIS FARMS, LLC,[1] | ) | CASE NO. 17-81562-CRJ12 |
| EIN: XX-XXX8466 | ) | CHAPTER 12 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

## **DEBTORS' MOTION TO MODIFY CONFIRMED PLAN**

COME NOW Debtors, Harris Farms, LLC ("Farms") and Harris Turf, Inc. ("Turf"), as debtors and debtors-in-possession (cumulatively "Debtors"), and move the Court to modify the confirmed Plan (the "Plan") as set forth in this Motion. In support of this Motion Debtors state as follows:

1.      Farm Credit Services of America ("Creditor") filed a secured claim for its security interest in one (1) Case IH Model L790 VIN YBWLV4016 and attachments (the "Collateral") .

2.      Debtors' filed their Third Amended Plan on March 5, 2018 [Doc 212].

3.      Debtors provided for the secured claim of Creditor in Class 1(f) of the Plan as follows:

> Class 1(f): Farm Credit Services of America. As of May 23, 2017, Debtor owes Farm Credit Services of America the approximate sum of $8,213.25 which is secured by the following: one (1) Case IH L790 Loader and Attachments YBWLV4016. The Debtor will pay Farm Credit Services of America its allowed secured claim over the course of sixty (60) months, which includes interest at the rate of 3.99%. Payments shall commence on the first day of the first month following confirmation of the Plan and shall continue thereafter until the debt owed to Farm Credit Services of America is paid in full. Farm Credit Services of America shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be $151.22 per month. This payment will be made direct by the Debtor.

---

[1] In addition to Harris Farms, LLC, the debtors include the following: Harris Turf, Inc.; Case No. 17-81563-CRJ12.

4.     Debtors' Plan was confirmed by order of this Court on March 8, 2018 (the "Confirmation Order")[Doc 214].

5.     Subsequent to entry of the Confirmation Order, Debtors surrendered Creditor's Collateral.

6.     Based on the forgoing, the Classified Claims of Debtors' Plan should be modified to remove Class 1(f).  Debtors' monthly Plan payments to the Trustee will remain the same.

WHEREFORE, premises considered, Debtors pray that this Court modify the Plan as provided above and for such other and further relief as may be just and proper.

Respectfully submitted on January 23, 2019.

/s/ Stuart M. Maples
STUART M. MAPLES
(ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I do hereby certify that on January 23, 2019, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

Tazewell Shepard
Chapter 12 Trustee
taze@ssmattorneys.com

All parties requesting notice

/s/ Stuart M. Maples
STUART M. MAPLES

2