IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )</br>)</br>HARRIS FARMS, LLC,[1]    ) CASE NO. 17-81562-CRJ12</br>EIN: XX-XXX8466    ) CHAPTER 12</br>)</br>    Debtor.    ) (Jointly Administered) | |

# DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

COME NOW Debtors, Harris Farms, LLC ("Farms") and Harris Turf, Inc. ("Turf"), as debtors and debtors-in-possession (cumulatively "Debtors"), and move the Court to modify the confirmed Plan (the "Plan") as set forth in this Motion. In support of this Motion Debtors state as follows:

1. Debtors' filed their Fourth Amended Plan on February 26, 2019 [Doc 271].

2. Debtors provided for the following secured classified claims in the Plan as follows:

Class 1(b): AGCO Finance LLC. This class consists entirely of the secured claim of AGCO Finance LLC whose claim is secured by one (1) Sunflower 6631-27 Vertical Tillage S6631OEZVRT165.

Class 1(e): First Jackson Bank  This class consists entirely of the secured claim of First Jackson Bank whose claim is secured by the following: one (1) 2010 John Deere Bush Hog, Model CX15, Serial CX15FO7990; one (1) 1998 Case IH Combine, Model 2188, Serial 185197; one (1) 2006 Case IH Header, Model 1020, Serial 258004; one (1) 2007 Case IH Header, Model 1083, Serial C06000BN; one (1) 2000 Wilson Hopper Trailer, VIN 1W1MCF1A5YB231095; one (1) 2004 Case IH Disk, Model 3950, Serial JAG0753620; and the proceeds from the sale of all of the above.

Class 1(h): FNB Bank. This class consists entirely of the secured claim no. 21 of FNB Bank whose claim is secured by the following: one (1) 2011 Valley Center Pivot, Serial 10908672; one (1) 2004 John Deere 6700 Spray Rig Serial N06700X010076; one (1) John Deere CX15 Brush Hog, Serial CX15FO7990; one (1) Case IH 1020 Header, Serial 258004; 1999 Valley Center Pivot, Serial 10018142; one (1) 2011 Unverferth Ripper 130, Serial A51130585; one (1) Case IH Planter, Serial YAS008548; one (1) 2007 Case IH

---

[1] In addition to Harris Farms, LLC, the debtors include the following: Harris Turf, Inc.; Case No. 17-81563-CRJ12.

Header, Model 1083, Serial C06000BN; one (1) 2000 Wilson Hopper Trailer, VIN 1W1MCF1AOYA230930; one (1) 2007 John Deere Skid Steer CT332, VIN TO332TA127040; one (1) 2003 John Deere 6615 w/ Loader, Serial B393172; one (1) 2010 Athens Disk, Serial K10366; one (1) 2010 Case IH Planter, Serial YAS008548; and one (1) A & L Grain Cart, Serial 163474.

Class 1(i): FNB Bank. This class consists entirely of the secured claim no. 22 of FNB Bank whose claim is secured by the following: one (1) 1989 Case IH 2188 Combine, Serial 195779; one (1) Cashe IH Soybean Header, Serial 330558; one (1) 2011 Valley Center Pivot, Serial 10908672, 1999 Valley Center Pivot, Serial 10018142; one (1) 2011 Unverferth Ripper 130, Serial A51130585; and one (1) Chevy Silverado VIN 2GCEK13V971136168.

Class 1(j): Upfront Holdings. This class consists entirely of the secured claim of Upfront Holdings whose claim is secured by the following: a second (2nd) position security interest (subject to the 1st lien position granted to Lender by Borrower) in one (1) 1975 Allis Chalmers Tractor, Serial 70802371; one (1)Case IH Disk, Model 3950, Serial DA3950392; one (1) 2010 John Deere CX15 Bush Hog, Serial CX15FO79902004; one (1) 2007 John Deere Skid Steer CT332, VIN TO332TA127040; one (1) 1998 Case IH Combine, Model 2188, Serial 185197; one (1) 2006 Case IH, Model 1020 Header, Serial 258004; one (1) 2004 Case IH Header, Model 1083, Serial 823DJ1; one (1) 2010 Hurricane Ditcher HC26, Serial 5187; one (1) 2001 Kuhn Tiller HR 3001, Serial A204; one (1) 1999 Rhino Blade 950, Serial 12705; one (1) 2012 John Deere Gator 8251, Serial 028624; one (1) 1998 Tufline Landscape Box, Serial 10496; one (1) 2005 Ford F450 Truck; one (1) 1991 Chevrolet 2500 Truck; one (1) 2007 Chevrolet Silverado Truck; one (1) Freightliner Truck FLD120; one (1) 2000 Wilson Hopper Trailer; and one (1) Belshe Trailer DT22 2EP—a third (3rd) position mortgage security interest in real property known as 138 Autumn Spring Drive, Gurley, AL 35748—a second (2nd) lien position on all crops planted and to be harvested.

3. Debtors' Plan was confirmed by order of this Court on March 8, 2018 (the "Confirmation Order")[Doc 214].

4. Subsequent to entry of the Confirmation Order, the principals of the Debtors sold their residence, thereby paying off one of secured classified creditors in the Plan, Upfront Holdings, Inc.

5. Therefore, Class 1(j) should be deleted from the Plan as having been paid in full:

Class 1(j): Upfront Holdings. a second (2nd) position security interest (subject to the 1st lien position granted to Lender by Borrower) in one (1) 1975 Allis Chalmers Tractor, Serial 70802371; one (1)Case IH Disk, Model 3950, Serial DA3950392; one (1) 2010 John Deere CX15 Bush Hog, Serial CX15FO79902004; one (1) 2007 John Deere Skid Steer CT332,

VIN TO332TA127040; one (1) 1998 Case IH Combine, Model 2188, Serial 185197; one (1) 2006 Case IH, Model 1020 Header, Serial 258004; one (1) 2004 Case IH Header, Model 1083, Serial 823DJ1; one (1) 2010 Hurricane Ditcher HC26, Serial 5187; one (1) 2001 Kuhn Tiller HR 3001, Serial A204; one (1) 1999 Rhino Blade 950, Serial 12705; one (1) 2012 John Deere Gator 8251, Serial 028624; one (1) 1998 Tufline Landscape Box, Serial 10496; one (1) 2005 Ford F450 Truck; one (1) 1991 Chevrolet 2500 Truck; one (1) 2007 Chevrolet Silverado Truck; one (1) Freightliner Truck FLD120; one (1) 2000 Wilson Hopper Trailer; and one (1) Belshe Trailer DT22 2EP—a third (3rd) position mortgage security interest in real property known as 138 Autumn Spring Drive, Gurley, AL 35748—a second (2nd) lien position on all crops planted and to be harvested.

6. Further, subsequent to entry of the Confirmation Order, the Debtors were unable to fund the planting of row crops, and have decided they can proceed most profitably with focusing solely on sod farming.

7. Upon modification of the Plan, Debtors are prepared to surrender the following collateral from each of the listed Classes as follows:

Class 1(b): AGCO Finance LLC. one (1) Sunflower 6631-27 Vertical Tillage S6631OEZVRT165.

Class 1(e): First Jackson Bank: one (1) 2010 John Deere Bush Hog, Model CX15, Serial CX15FO7990; one (1) 1998 Case IH Combine, Model 2188, Serial 185197; one (1) 2006 Case IH Header, Model 1020, Serial 258004; one (1) 2007 Case IH Header, Model 1083, Serial C06000BN; and one (1) 2004 Case IH Disk, Model 3950, Serial JAG0753620.

Class 1(h): FNB Bank. one (1) 2004 John Deere 6700 Spray Rig Serial N06700X010076; one (1) John Deere CX15 Brush Hog, Serial CX15FO7990; one (1) Case IH 1020 Header, Serial 258004; one (1) 2011 Unverferth Ripper 130, Serial A51130585; one (1) Case IH Planter, Serial YAS008548; one (1) 2007 Case IH Header, Model 1083, Serial C06000BN; one (1) 2007 John Deere Skid Steer CT332, VIN TO332TA127040; one (1) 2003 John Deere 6615 w/ Loader, Serial B393172; one (1) 2010 Athens Disk, Serial K10366; one (1) 2010 Case IH Planter, Serial YAS008548; and one (1) A & L Grain Cart, Serial 163474.

Class 1(i): FNB Bank. one (1) 1989 Case IH 2188 Combine, Serial 195779; one (1) Cashe IH Soybean Header, Serial 330558; one (1) 2011 Valley Center Pivot, Serial 10908672, 1999 Valley Center Pivot, Serial 10018142; one (1) 2011 Unverferth Ripper 130, Serial A51130585; and one (1) Chevy Silverado VIN 2GCEK13V971136168.

**Each creditor should be permitted to liquidate their collateral and be given 60 days to amend their respective claims to reflect any deficiency to paid through the unsecured class.**

3

8. Based on the forgoing, the Classified Claims of Debtors' Plan should be modified to remove Classes 1(b),1(i) and 1(j). Additionally, Classes 1(e) and 1(h) in the Plan should be modified to remove the collateral surrendered by the Debtors, and will be reamortized as follows:

Class 1(e): First Jackson Bank. As of May 23, 2017, Debtor owes First Jackson Bank the approximate sum of **$15,000.00** which is secured by the following: **one (1) 2000 Wilson Hopper Trailer, VIN 1W1MCF1A5YB231095.** The Debtor will pay First Jackson Bank its allowed secured claim over the course of **forty-eight (48) months, which includes interest at the rate of 6%. Payments shall continue for the remaining term of the Plan and shall continue until the debt owed to First Jackson Bank is paid in full.** First Jackson Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be **$352.28 per month**. This payment will be made by the Trustee. The Creditor shall retain its lien to the extent of its allowed secured claim.

Class 1(h): FNB Bank. As of May 23, 2017, Debtor owes FNB Bank the approximate sum of **$65,000.00** which is secured by the following: **one (1) 2011 Valley Center Pivot, Serial 10908672; 1999 Valley Center Pivot, Serial 10018142; and one (1) 2000 Wilson Hopper Trailer, VIN 1W1MCF1AOYA230930.** The Debtor will pay FNB Bank its allowed secured claim over the course of **forty-eight (48) months, which includes interest at the rate of 6%. Payments shall continue for the remaining term of the Plan until the debt owed to FNB Bank is paid in full.** FNB Bank shall retain its lien upon this collateral until its debt is paid in full at which time the Debtor may file the appropriate termination statements. The estimated payment shall be **$1,526.53 per month**. This payment will be made by the Trustee. The Creditor shall retain its lien to the extent of its allowed secured claim.

9. The monthly Plan payments to the Trustee will be approximately **$13,253.71**.

WHEREFORE, premises considered, Debtors pray that this Court modify the Plan as provided above and for such other and further relief as may be just and proper.

Respectfully submitted on April 8, 2019.

/s/ Stuart M. Maples  
STUART M. MAPLES  
(ABS-1974-S69S)

MAPLES LAW FIRM, PC  
200 Clinton Avenue West, Suite 1000  
Huntsville, Alabama 35801  
Tel: (256) 489-9779  
smaples@mapleslawfirmpc.com

4

## CERTIFICATE OF SERVICE

  I do hereby certify that on April 8, 2019, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

Tazewell Shepard
Chapter 12 Trustee
taze@ssmattorneys.com

All parties requesting notice
All parties on the creditor matrix

                */s/ Stuart M. Maples*
                STUART M. MAPLES

5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 17-81562-CRJ12<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Mon Apr  8 12:40:34 CDT 2019 | Citizens Community Bank<br>c/o Jeffrey L. Cook<br>P, O. Box 5585<br>Huntsville, AL 35814-5585 | FNB BANK<br>1535 SOUTH  BROAD STREET<br>SCOTTSBORO, AL 35768-2608 |
| First Jackson Bank<br>c/o James T. Baxter III, Esq.<br>P.O. Box 165<br>Huntsville, AL 35804-0165 | Harris Farms, LLC<br>2008 Gurley Pike<br>Gurley, AL 35748-9279 | Helena chemical Company<br>c/o Frank E. Bankston, Jr.<br>P.O. Box 239<br>Montgomery, AL 36101-0239 |
| Madison County Cooperative, Inc.<br>c/o Chad W. Ayres<br>P. O. Box 2168<br>Huntsville, AL 35804-2168 | Stephens Appraisal Services, LLC<br>203 Eastside Square, Ste 2<br>Huntsville, AL 35801-8818 | Upfront Holding, LLC<br>403 Andrew Jackson Way<br>Huntsville, AL 35801-3631 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | A. Mac Martinson<br>Martinson & Beason, PC<br>115 North Side Sq.<br>Huntsville, AL 35801-4822 | AG Direct<br>PO Box 2409<br>Omaha, NE 68103-2409 |
| AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| CNH Industrial Capital Ameria, LLC<br>P.O. Box 3600<br>New Holland, PA 17604-3600 | CNH Industrial Capital America LLC<br>PO Box 3600, Lancaster, PA 17604-3600 | Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One<br>PO Box 60599<br>North Hollywood, CA 91616 | Citizens Community Bank<br>1418 Dinah Shore Blvd.<br>Winchester, TN 37398-1112 | Darrin K. Isbell<br>1333 Salty Bottom jRd.<br>Madison, AL 35758 |
| FNB<br>206 South First Street<br>Pulaski, TN 38478 | FNB<br>402 Broad St.<br>Scottsboro, AL 35768-1706 | Farm Credit Services of America, PCA, servic<br>c/o S. Dagnel Rowe, Wilmer & Lee, P.A.<br>Huntsville, AL 35801 |
| Frank Smith, Jr.<br>903 Co. Rd. 421<br>Cullman, AL 35057-2639 | Helena Chemical Company<br>c/o Frank E. Bankstop, Jr., Esq.<br>PO Box 239<br>Montgomery, AL 36101-0239 | Herbert H. Bowden<br>656 Honeycomb Rd.<br>Grant, AL 35747-9378 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Deere Financial<br>6400 NW 86th St.<br>PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Financial, f.s.b.<br>PO Box 6600<br>Johnston, IA 50131-6600 |

| | | |
|---|---|---|
| Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203-2101 | Kubota Credit Corporation<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 | Lynda Hall, Tax Collector of Madison CO, AL<br>100 Northside Square, Room 116<br>Huntsville, AL 35801-8815 |
| Madison County Cooperative<br>PO Box 68<br>Hazel Green, AL 35750-0068 | Madison County Cooperative, Inc.<br>483 Jack Thomas Road<br>Toney, AL 35773-8534 | Mike Bean<br>5116 Colemont Lane<br>Huntsville, AL 35811-1004 |
| Monsanto Company<br>c/o Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 | PHI Financial Services, Inc.<br>PO Box 1000<br>Johnston, IA 50131-9411 | PHI Financial Services, Inc.<br>c/o Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 |
| State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Tim McCarrell<br>2511 Aberdeen Rd.<br>Birmingham, AL 35223-1009 | Douglas Richie Harris<br>138 Autumn Spring Drive<br>Gurley, AL 35748-9203 |
| Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Stuart M Maples<br>Maples Law Firm<br>200 Clinton Ave. West, Ste. 1000<br>Huntsville, AL 35801-4919 | Stuart M Maples<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801-4919 |
| Tazewell Shepard<br>Tazewell Shepard, Trustee<br>PO Box 19045<br>Huntsville, AL 35804-9045 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Farm Credit Services of America, PCA, serv<br>c/o S. Dagnal Rowe`, Wilmer & Lee,<br>Huntsville | (d)First Jackson Bank<br>c/o James T. Baxter III, Esq.<br>P.O. Box 165<br>Huntsville, AL 35804-0165 | (d)Upfront Holding, LLC<br>403 Andrew Jackson Way<br>Huntsville, AL 35801-3631 |
| (u)Darrin Isbell | End of Label Matrix<br>Mailable recipients 48<br>Bypassed recipients 4<br>Total 52 | |